Charles R. Jacob III
Dana B. Zimmerman
Haynee C. Kang
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

**JUDGE BUCHWALD**

**07 CV 10931**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC,<br><br><div align="right">Plaintiff,</div><br>    -against-<br><br>WESTSTAR MORTGAGE, INC.,<br><br><div align="right">Defendant.</div> | 07 Civ. _____ (   )<br><br>**Rule 7.1 Statement** |

       Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Terwin Advisors LLC, a nongovernmental corporate party,

certifies that no publicly held corporation holds ten (10) percent or more of its stock.

Dated:  November 30, 2007

                  MILLER & WRUBEL P.C.

                  By: _____
                      Charles R. Jacob III
                      250 Park Avenue
                      New York, New York 10177
                      (212) 336-3500

                      Attorneys for Plaintiff
                      Terwin Advisors LLC