**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERWIN ADVISORS LLC,

        Plaintiff,                          Case No. 07 CV 10931
                                                (Judge Buchwald)

       -against-                          AFFIDAVIT OF SERVICE

WESTSTAR MORTGAGE, INC.,

        Defendant.
------------------------------------------------------------X
DISTRICT OF COLUMBIA    )
        S.S.:

        Michael R. Reeder, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 6th day of December, 2007, at approximately the time of 3:01 p.m., deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD UNITED STATES DISTRICT COURT JUDGE; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON upon WESTSTAR MORTGAGE, INC. at 3350 Commission Court, Woodbridge, VA, by personally delivering and leaving the same with Debra Piland who informed deponent that she holds the position of Attorney with that company and is authorized by appointment to receive service at that address.

        Debra Piland is a white female, approximately 55 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 150 pounds with blonde hair.

_____
PROCESS SERVER

Sworn to before me this
13th day of December, 2007

_____
NOTARY PUBLIC
Nicole G. Davis
Notary Public, District of Columbia
My Commission Expires 01-14-2009

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com