PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
106 Corporate Park Drive
Suite 401
White Plains, NY 10604
201-391-3737
Attorneys for Defendant WestStar Mortgage, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERWIN ADVISORS LLC,

        Plaintiff

-against-

WESTSTAR MORTGAGE, INC.,

        Defendant.

---

Civil Action No. 07 CV 10931 (NRB)
(Document Electronically Filed)

## DEFENDANT WESTSTAR MORTGAGE INC.'S
## FED.R.CIV.P. 7.1(a) CORPORATE DISCLSOURE STATEMENT

WestStar Mortgage, Inc., a non-governmental corporate party, is wholly owned by Kathleen Simpel and Walter F. Jones. No part of WestStar Mortgage, Inc. is publicly held.

        Respectfully submitted,

        PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
        Attorneys for Defendant WestStar Mortgage, Inc.

Dated: January 9, 2008

By: /s/ John R. Edwards, Jr.
    John R. Edwards, Jr.
    106 Corporate Park Drive
    Suite 401
    White Plains, NY 10604
    jedwards@pricemeese.com
    201-391-3737