# MILLER & WRUBEL P.C.
## ATTORNEYS
250 PARK AVENUE
NEW YORK, NEW YORK 10177-0699
(212) 336-3500

FACSIMILE
(212) 336-3555

JAN 2 2 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/08

WRITER'S DIRECT NUMBER
(212) 336-3507
E-mail
hkang@mw-law.com

January 22, 2008

**BY FACSIMILE**
Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

Re: <u>Terwin Advisors LLC v. Weststar Mortgage, Inc. 07 Civ. 10931 (NRB)</u>

Dear Judge Buchwald:

We represent plaintiff Terwin Advisors LLC. We respectfully request a brief adjournment of the Initial Pretrial Conference, scheduled for February 7, 2008. The Notice of Initial Pretrial Conference (the "Notice") provides that "[a]ll pretrial conferences must be attended by the attorney who will serve as principal trial counsel". Plaintiff's principal trial counsel, Charles R. Jacob III, will be out of the country from January 31, 2008 to February 11, 2008.

We have consulted with defendant's counsel, who has agreed to adjourn the Initial Pretrial Conference to the following dates, subject to the Court's availability: February 12, 15, 27 and 28, 2008.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Haynee C. Kang

*The conference is adjourned until February 28, 2008 at 4:30. So Ordered.* 1/22/08

Cc: John Edwards, Esq. (by Facsimile (914) 251-1230)