```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
TERWIN ADVISORS,

                    Plaintiff,
                                            O R D E R
        - against -
                                            07 Civ. 10931 (NRB)
WESTSTAR MORTGAGE, INC.

                    Defendant.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled and that the settlement payment is to made in installments through July 2009, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by August 1, 2009.

DATED:   New York, New York
         July 23, 2008

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE